620

405 A.2d 543

Commonwealth v. Roper, Appellant.

Submitted June 12, 1978. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

405 A.2d 543

Commonwealth v. Joseph Smith, Appellant.

Submitted June 12, 1978. Robert J. Matthews, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.